IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BENJAMIN WALKER,

                                                        ORDER
                            Petitioner,

                                                        11-cv-618-bbc
            v.

WILLIAM POLLARD,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     This case was closed because petitioner did not pay the $1.84 initial partial filing fee

by the September 29, 2011 due date.  Now petitioner has paid the $1.84 filing fee and filed

a motion to extend the time to pay the initial partial filing fee or in the alternative to waive

the filing fee, dkt. #5.  Petitioner's motion to extend the time to pay the initial partial

payment will be granted and the court will accept his $1.84 payment.


                                    ORDER

     IT IS ORDERED that petitioner Benjamin Walker's motion to extend the time to pay

his filing fee, dkt. #5, is GRANTED.  This case is hereby reopened and petitioner's petition

for a writ of habeas corpus is taken under advisement for a decision as to whether an order

1

should issue directing respondent to show cause why the petition should not be granted.  As

soon as a decision is reached, the parties will be notified.

Entered this 7th day of October, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge